# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **FLOYD DINSDALE BOLDING,** | ) | |
| Plaintiff, | ) | Civil Action No. 7:14cv00152 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **RANDALL C. MATHENA,** | ) | By: Michael F. Urbanski |
| Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Bolding's 42 U.S.C § 1983 action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915A(b)(1) and the Clerk is **DIRECTED** to **STRIKE** this action from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

Entered: May 19, 2014

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge